**Jenny MARTIN, Plaintiff-Appellant,**

v.

**ELI LILLY & CO., Lilly USA, LLC, Defendants-Appellees.**

**No. 16-13043**

United States Court of Appeals, Eleventh Circuit.

(July 21, 2017)

Cheryl Barnes Legare, Legare Attwood & Wolfe, LLC, Atlanta, GA, Edward Daniel Buckley, Buckley Beal, LLP, Atlanta, GA, for Plaintiff-Appellant

Ellen Elizabeth Boshkoff, Rozlyn Fulgoni-Britton, Amanda L. Shelby, Faegre Baker Daniels, LLP, Indianapolis, IN, Stephen M. Brooks, Lucas Allen Westby, Nelson Mullins Riley & Scarborough, LLP, Atlanta, GA, D. Lucetta Pope, Faegre Baker Daniels LLP, South Bend, IN, for Defendants-Appellees

Before WILLIAM PRYOR, JORDAN, and BALDOCK,[*] Circuit Judges.

BALDOCK, Circuit Judge:

Plaintiff Jenny Martin obtained a jury verdict in her favor on a claim that her former employer, Defendant Eli Lilly & Company ("Lilly"), discriminated against her on the basis of her disability in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12112. In a separate appeal, Lilly challenged the district court's denial of its motion for judgment as a matter of law. We reversed and directed the district court to enter judgment in Lilly's favor. *See Martin v. Eli Lilly & Co.,* No. 16-11537, —— Fed.Appx. ——, 2017 WL 3098122 (11th Cir. 2017). In this appeal, Martin argues the district court incorrectly calculated the attorney's fees it awarded her as the prevailing party. Because Martin is no longer the prevailing party, her appeal is moot. We DISMISS the appeal.

JORDAN, Circuit Judge, concurring:

As noted in my dissent in Case No. 16-11537, I disagree with the majority about the merits. But, because of the majority's ruling, Ms. Martin is no longer a prevailing party, and I agree that her appeal about attorney's fees is necessarily moot.